JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date:  May 28, 2010

Check No. 2007662

Check Amount:  $22,922.96

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-40590-R | 00049 | WILLIAM A. & MALACHA R. ALCORN | 8 | XXXXX5984 | 0.63 | 0.00 | 0.63 |
| | | Original check written to: FINGERHUT C/O AXSYS NATIONAL BANK P. O. BOX 23051 COLUMBUS, GA 31902-3051 | | | | | |
| 05-40654-R | 00001 | JOHN MARK MCPHERSON | 7 | 1279 | 1,077.05 | 0.00 | 1,077.05 |
| | | Original check written to: EDUCATIONAL CREDIT MANAGEMENT P. O. BOX 8809 RICHMOND, VA 23225 | | | | | |
| 05-40985-R | 10026 | DEBBIE C. JACKSON | 4 | 0313 | 133.85 | 0.00 | 133.85 |
| | | Original check written to: CAPITAL ONE NA P. O. BOX 152409 IRVING, TX 75015-2408 | | | | | |
| 05-41063-R | 00018 | JAMES ANTHONY & GLORIA JEAN PATTERSON | 10 | XXXXX2338 | 120.50 | 0.00 | 120.50 |
| | | Original check written to: CHEVRON CREDIT BANK, N.A. 2001 DIAMOND BLVD. P. O. BOX 5010, SECT. 230 CONCORD, CA 94524-0010 | | | | | |
| 05-41565-R | 00016 | ALFRED HOWARD GIBBS & TARSHA MONIQUE HOWARD | 5 | 2433 | 399.78 | 0.00 | 399.78 |
| | | Original check written to: CITIFINANCIAL INVESTMENT RECOVERY 1111 NORTHPOINT DRIVE, BLDG 4 COPPELL, TX 75019-3831 | | | | | |
| 05-41573-R | 00012 | ERIC S. & AMY M. JENKINS | 2 | XXXXX7150 | 380.39 | 28.86 | 409.25 |
| | | Original check written to: HOME VEST CAPITAL, LLC P. O. BOX 60771 CHARLOTTE, NC 28260-0771 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: May 28, 2010

Check No. 2007662

Check Amount: $22,922.96

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-42154-R | 00016 | LEAH D. RENFRO | 5 | XXXXX5341 | 280.47 | 64.69 | 345.16 |
| | | Original check written to: <br> GRAYSON COUNTY <br> C/O LINEBARGER GOGGAN ET AL <br> 2323 BRYAN STREET, SUITE 1600 <br> DALLAS, TX 75201-2637 | | | | | |
| 05-42336-R | 00031 | RONALD R. & SHERRY R. JUNGE | 8 | 7135 | 5.58 | 0.00 | 5.58 |
| | | Original check written to: <br> SARA STREBECK, MD <br> 1422 WEST MAIN STREET <br> SUITE 107 <br> LEWISVILLE, TX 75067 | | | | | |
| 05-43712-R | 00007 | DAVID D. & WHITNIE A. TINKER | 5 | XXXXX4358 | 388.07 | 0.00 | 388.07 |
| | | Original check written to: <br> CAPITAL ONE <br> C/O TSYS DEPT MANAGEMENT <br> P. O. BOX 5155 <br> NORCROSS, GA 30091-5155 | | | | | |
| 05-43838-R | 00011 | KELLY ELISHA & ROZINE DUNCAN RICHARDSON | 13 | XXXXX1689 | 977.82 | 53.69 | 1,031.51 |
| | | Original check written to: <br> CITI FINANCIAL <br> 2430 SOUTH I35 EAST 182 <br> DENTON, TX 76205 | | | | | |
| 05-43838-R | 00021 | KELLY ELISHA & ROZINE DUNCAN RICHARDSON | 8 | XXXXX3563 | 1,036.45 | 320.19 | 1,356.64 |
| | | Original check written to: <br> DENTON COUNTY <br> C/O MCCREARY, ET AL <br> P. O. BOX 26990 <br> AUSTIN, TX 78755 | | | | | |
| 05-43838-R | 10011 | KELLY ELISHA & ROZINE DUNCAN RICHARDSON | 13 | XXXXX1689 | 29.33 | 0.00 | 29.33 |
| | | Original check written to: <br> CITI FINANCIAL <br> 2430 SOUTH I35 EAST 182 <br> DENTON, TX 76205 | | | | | |

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-43926-R | 00009 | JASON NEAL & AMBER CHRYSTAL COCHRAN | 6 | XXXXX5592 | 88.73 | 0.00 | 88.73 |
| | | Original check written to: CHEVRON CREDIT BANK, N.A. 2001 DIAMOND BLVD. P. O. BOX 5010, SECT. 230 CONCORD, CA 94524-0010 | | | | | |
| 05-44162-R | 00014 | HEITH DWAYNE & JENNIFER DIANE CROWELL | 4 | XXXXX5889 | 64.07 | 22.29 | 86.36 |
| | | Original check written to: DENTON COUNTY C/O MCCREARY, ET AL P. O. BOX 26990 AUSTIN, TX 78755 | | | | | |
| 05-44486-R | 00037 | MICHAEL E. & LACENTRAL S. SHIELDS | 1 | XXXXX1920 | 1,954.60 | 39.09 | 1,993.69 |
| | | Original check written to: CHASE MANHATTAN MORTGAGE CORP. PP-G7 BANKRUPTCY PAYMENT PROC. P. O. BOX 182106 COLUMBUS, OH 43218-2106 | | | | | |
| 05-44790-R | 00026 | JOHN E. & ELIZABETH A. CUPIT | 9 | 3052 | 14.46 | 0.00 | 14.46 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-44790-R | 00027 | JOHN E. & ELIZABETH A. CUPIT | 10 | 3146 | 44.08 | 0.00 | 44.08 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-44790-R | 00028 | JOHN E. & ELIZABETH A. CUPIT | 8 | XXXXX2998 | 33.13 | 0.00 | 33.13 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: May 28, 2010

Check No. 2007662

Check Amount: $22,922.96

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-44790-R | 10016 | JOHN E. & ELIZABETH A. CUPIT | 3 | 9001 | 168.31 | 0.00 | 168.31 |
| | | Original check written to: <br> WELLS FARGO BANK <br> LOSS RECOVERY CENTER <br> P. O. BOX 30095 <br> WALNUT CREEK, CA 94598 | | | | | |
| 05-45033-R | 00033 | ROBERT LOUIS EASLEY, JR. & WENDY JO EASLEY | 7 | XXXXX7401 | 1,400.81 | 96.37 | 1,497.18 |
| | | Original check written to: <br> COUNTRYWIDE HOME LOANS <br> MAIL STOP: PTX-B32 <br> 7105 CORPORATE DRIVE <br> PLANO, TX 75024-1319 | | | | | |
| 05-45230-R | 00018 | THEODORE BRYAN JOHNSON | 4 | XXXXXIDED | 431.60 | 0.00 | 431.60 |
| | | Original check written to: <br> PRESTON AT TULANE APARTMENTS <br> 2601 PRESTON ROAD <br> PLANO, TX 75093 | | | | | |
| 05-46631-R | 00010 | JASON & TARA WALL | 3 | 7803 | 22.61 | 0.00 | 22.61 |
| | | Original check written to: <br> CHEVRON CREDIT BANK, N.A. <br> 2001 DIAMOND BLVD. <br> P. O. BOX 5010, SECT. 230 <br> CONCORD, CA 94524-0010 | | | | | |
| 05-46778-R | 00035 | HAROLD H. & ROSEMARY E. CANNON | 12 | XXXXX3009 | 12.63 | 0.00 | 12.63 |
| | | Original check written to: <br> SECURITY FINANCE <br> CENTRAL BANKRUPTCY <br> 652 BUSH RIVER ROAD #206 <br> COLUMBIA, SC 29210-7537 | | | | | |
| 05-50065-R | 00019 | ARTHUR L. JOHNSON, JR. & SALLY E. JOHNSON | 8 | XXXXX3143 | 0.09 | 0.00 | 0.09 |
| | | Original check written to: <br> FINGERHUT <br> C/O AXSYS NATIONAL BANK <br> P. O. BOX 23051 <br> COLUMBUS, GA 31902-3051 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: May 28, 2010

Check No. 2007662

Check Amount: $22,922.96

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 06-50043-R | 00026 | DAVID W. & KAREN GIPSON | 7 | XXXXX3509 | 6.40 | 0.00 | 6.40 |
| | | Original check written to: SECURITY FINANCE CENTRAL BANKRUPTCY 652 BUSH RIVER ROAD #206 COLUMBIA, SC 29210-7537 | | | | | |
| 07-40626-R | 00017 | ROGER S. & DEANA L. MCCOY | 5 | XXXXX7312 | 213.99 | 48.34 | 262.33 |
| | | Original check written to: GRAYSON COUNTY C/O LINEBARGER GOGGAN ET AL 2323 BRYAN STREET, SUITE 1600 DALLAS, TX 75201-2637 | | | | | |
| 07-41280-R | 00006 | SHERRY ANN LEAZER | 19 | XXXXX8843 | 402.45 | 0.00 | 402.45 |
| | | Original check written to: PORTFOLIO RECOVERY ASSOCIATES P. O. BOX 12914 NORFOLK, VA 23541-2914 | | | | | |
| 07-41280-R | 00009 | SHERRY ANN LEAZER | 20 | XXXXX6663 | 163.37 | 0.00 | 163.37 |
| | | Original check written to: PORTFOLIO RECOVERY ASSOCIATES P. O. BOX 12914 NORFOLK, VA 23541-2914 | | | | | |
| 07-42497-R | 00011 | PAUL LESTER & MELISSA LANETT SPRABARY | 12 | 3569 | 1,114.19 | 0.00 | 1,114.19 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 07-42497-R | 00029 | PAUL LESTER & MELISSA LANETT SPRABARY | 10 | 7966 | 1,635.98 | 0.00 | 1,635.98 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: May 28, 2010

Check No. 2007662

Check Amount: $22,922.96

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 08-40286-R | 00005 | ALEX NICK SOLOKHIN | 3 | XXXXX5011 | 0.00 | 160.14 | 160.14 |
| | | Original check written to: <br> WILSHIRE CREDIT CORPORATION <br> P. O. BOX 8517 <br> PORTLAND, OR 97207-8517 | | | | | |
| 08-40286-R | 00007 | ALEX NICK SOLOKHIN | 4 | XXXXX5020 | 0.00 | 38.30 | 38.30 |
| | | Original check written to: <br> WILSHIRE CREDIT CORPORATION <br> P. O. BOX 8517 <br> PORTLAND, OR 97207-8517 | | | | | |
| 08-41447-R | 00010 | TIFFNEY L. MCADOO | 7 | XXXXX0000 | 0.00 | 3.95 | 3.95 |
| | | Original check written to: <br> CITY OF DESOTO <br> C/O LINEBARGER GOGGAN ET AL <br> 2323 BRYAN STREET, SUITE 1600 <br> DALLAS, TX 75201-2691 | | | | | |
| 08-41447-R | 00012 | TIFFNEY L. MCADOO | 9 | XXXXX0000 | 0.00 | 6.19 | 6.19 |
| | | Original check written to: <br> DESOTO ISD <br> C/O LINEBARGER GOGGAN BLAIR <br> 2323 BRYAN STREET SUITE 1600 <br> DALLAS, TX 75201 | | | | | |
| 08-43394-R | 00003 | JAY LAIN & MISTY CARRUTH CURTISS | 1 | XXXXX0000 | 0.00 | 4.11 | 4.11 |
| | | Original check written to: <br> DALLAS COUNTY <br> C/O LINEBARGER, GOGGAN, BLAIR & SAMPSON <br> 2323 BRYAN STREET SUITE 1600 <br> 1720 UNIVISION CENTER <br> DALLAS, TX 75201-2691 | | | | | |
| 09-43732-R | 00008 | SUNNY THOMAS KOVOOR | | XXXXX4064 | 10.56 | 0.00 | 10.56 |
| | | Original check written to: <br> LONESTAR TITLE LOAN <br> 2819 SOUTH GARLAND AVENUE <br> GARLAND, TX 75041 | | | | | |
| | | | | **TOTALS** | **$12,611.98** | **$886.21** | **$13,498.19** |